**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANGELA HENRY** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-00184-BSM**

**CHARLES BROCK, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE